RECEIVED

DEC 16 2013



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

NOLAN C. DAVIS, SR.        CIVIL ACTION NO. 12-2876-LC
#222989                    SECTION P

VERSUS                     JUDGE WALTER

LOUISIANA DEPARTMENT OF    MAGISTRATE JUDGE KAY
PUBLIC SAFETY AND CORRECTIONS, ET AL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of written objections filed by the Petitioner;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13 day of December, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE